ACCEPTED
03-15-00259-CV
8208879
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/11/2015 4:44:19 PM
JEFFREY D. KYLE
CLERK

# No. 03-15-00259-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/11/2015 4:44:19 PM
JEFFREY D. KYLE
Clerk

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

_____

BECKY, LTD.,
*Appellant*

v.

THE CITY OF CEDAR PARK, STEPHEN THOMAS, MATT POWELL, MITCH
FULLER, LYLE GRIMES, LOWELL MOORE, JON LUX, AND DON TRACY,
*Appellees*

_____

ON APPEAL FROM THE
126TH JUDICIAL DISTRICT COURT,
TRAVIS COUNTY, TEXAS

_____

**APPELLANT'S MOTION TO
FILE POST-SUBMISSION LETTER BRIEF**

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant Becky, Ltd. ("Becky") requests leave to file its post-submission letter brief, which Appellant is filing contemporaneously with this motion. The letter brief was prompted by a statement made at oral argument by counsel for Appellees. Leave is appropriate to allow Becky to fully address the statement.

Becky is mindful that parties should not unnecessarily burden the Court with post-submission filings. But Becky's letter brief here addresses a critical issue in

AUS-6203057-1 521106/1

the case that was the subject of much discussion at oral argument, and it will assist the panel in resolution of the case, without undue burden or delay. Good cause therefore exists to allow leave to file the letter brief.

The undersigned attempted to contact counsel for Appellees by email but has not received a response, and therefore, does not know if counsel opposes this motion for leave. Becky will not oppose leave for Appellees to file any response to the letter brief. Becky therefore requests that this Court grant leave to file Becky's post-submission letter brief.

WHEREFORE, Becky requests that this motion be granted, and that this Court accept its submitted post-submission letter brief for filing and distribution to Justices Puryear, Goodwin, and Bourland.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By */s/ Elizabeth G. Bloch*
    ELIZABETH G. BLOCH
    State Bar No. 02495500
    Heidi.bloch@huschblackwell.com
    111 Congress Avenue, Suite 1400
    Austin, Texas 78701-4093
    (512) 472-5456 (Telephone)
    (512) 479-1101 (Facsimile)

AUS-6203057-1 521106/1

Leonard B. Smith
State Bar No. 18643100
lsmith@leonardsmithlaw.com
P.O. Box 684633
Austin, Texas 78768
(512) 914-3732 (Telephone)
(512) 532-6446 (Facsimile)

ATTORNEYS FOR APPELLANT

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that she has attempted to contact Cobby Caputo and Bradley Young, counsel for Appellees, via email, but has not received a response.

/s/ Elizabeth G. Bloch
ELIZABETH G. BLOCH

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the 11th day of December, 2015, via the Court's electronic filing system and/or email to the following counsel of record:

Cobby Caputo
ccaputo@bickerstaff.com
Bradley B. Young
byoung@bickerstaff.com
Bickerstaff Heath Delgado Acosta LLP
3711 South MoPac Expressway
Building One, Suite 300
Austin, Texas 78746

/s/ Elizabeth G. Bloch

AUS-6203057-1 521106/1